John J. Smith #1757775
3060 FM 3514 Stiles Unit
Beaumont Texas 77705
C. Number 1234109-A

82,501-02
184th Court of
Harris County
Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

2-7-15

Objection to the States
Response to 11.07 Writ.
Let the court note Skip Cornelius is
not Anwsering the questions As'k!
"Why did he not object to the knife
"no fingerprints" NO D.N.A.
I also think he knew if he didn't object
what the out come would be
The States MEMORANdum Opinion
is based on Mr. Cornelius not object-
ing to Any of the errors brought up
"on Appeal. The State itself shows him
Ineffective". By not objecting to Any errors
Also Tony Aninao knew about the knife
No Fingerprints No D.N.A. Yet he
did not bring it up on first Appeal
He did not Anwser why What a-
bout the knife? That Alone is enough
for A New Trial.
Copy Write

John Smith
#1757775

## Prayer

Relator prays that the court finds that the State's errors as well as the Appeal to be true and grant a New Trial. At least let a P.D.R. be done by a trusted Lawyer.

Sincerely,

John J. Smith
#1757775

"I'm lost on my time bar"

Some one needs to find out about that Knife, where it came from, + why it was at trial (no DNA, No finger prints.) The court has denied my motion for Indigent Trial Transcript or a police report.